THOMAS C. HORNE
Attorney General

BRUCE MACARTHUR / 011262
JENNIFER R. HUNTER / 015461
Assistant Attorneys General
CFP/PSS
P.O. Box 6123 - 040A
Phoenix, AZ 85005
(602) 542-1645
PSSDurango@azag.gov

Attorney for the Arizona Department of Economic Security

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| In the matter of: | No. JD17200 / JS9877 |
|---|---|
| [redacted] d.o.b. [redacted] <br> [redacted] d.o.b. [redacted] <br> Persons under 18 years of age. | ORDER AUTHORZING DISCLOSURE TO FEDERAL LITIGATION <br><br> (Honorable Margaret Mahoney) |

Upon mother's motion, and there being no objection by the Arizona Department of Economic Security (ADES), or by any other party,

IT IS ORDERED authorizing ADES, through its counsel, and Mother, through her counsel, to disclose all materials in cause numbers JD-17200 and JS9877, without limitation, to all the parties in the federal litigation of United States District Court case number 2:10-cv-01632-DGC pursuant to Judge Campbell's Protective Order in that case.

Dated this 25th day of January, 2012.

HON. MARGARET MAHONEY
Honorable Margaret Mahoney